**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Zedekiah Coleman and Ashley Jordan, Defendants,

Of whom Zedekiah Coleman is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-000893

Appeal From Richland County
George M. McFaddin, Jr., Family Court Judge

Unpublished Opinion No. 2016-UP-509
Submitted November 29, 2016 – Filed December 7, 2016

**AFFIRMED**

Lyn Howell Hensel, of Law Office of Lyn Howell
Hensel, of Columbia, for Appellant.

Anne Marie Ugarte, of the University of South Carolina
School of Law, of Columbia, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:** Zedekiah Coleman appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's order and relieve Coleman's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.